FILED

2006 Mar-08  AM 08:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RODNEY EUGENE PATTERSON,          )
                                  )
      Plaintiff ,                 )
                                  )
v.                                )          CV 04-RRA-0773-S
                                  )
NAPHCARE, *et al.*,               )
                                  )
      Defendants.                 )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 18, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 7th day of March 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE